

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2022

No. 04-22-00104-CV

**INTEREST OF J.M.T.**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00140
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellee's Motion for Extension of Time to File Appellee's Brief is hereby GRANTED. Time is extended until April 29, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court